UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM L. WALL, | No. CV 09-5439 RSWL (CW) |
| Petitioner, | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| R. ADKINS, Warden, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the entire record in this action, as well as the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been received.[1]

Accordingly, **IT IS ORDERED**: (1) that the Report and Recommendation of the United States Magistrate Judge be accepted; (2) that Respondent's motion to dismiss (docket no. 14, filed December

---

[1] The copy of the Report and Recommendation sent to Petitioner's address of record was returned by the postal service as undeliverable. The court has no other address for Petitioner.

28, 2009) be granted; and (3) that judgment be entered dismissing the petition, with prejudice, as time-barred.

**IT IS FURTHER ORDERED** that this order and the judgment herein be served on the parties.

DATED: September 9, 2010

*RONALD S.W. LEW*

HONORABLE RONALD S.W. LEW
Senior, U.S. District Court Judge