**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

```
WILLIAM L. WALL,              )   No. CV 09-5439 RSWL (CW)
                              )
          Petitioner,         )   JUDGMENT
                              )
     v.                       )
                              )
R. ADKINS, Warden,            )
                              )
          Respondent.         )
_____)
```

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed, with prejudice, as untimely.

DATED: September 9, 2010

RONALD S.W. LEW
_____
HONORABLE RONALD S.W. LEW
Senior, U.S. District Court